FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0012

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| Poplar Elementary School District No. 9,<br><br>Petitioner and Appellant,<br><br>v.<br><br>Froid Elementary School District No. 65,<br><br>Respondent and Appellee | Cause No. DA 20-0012<br><br>**GRANT OF EXTENSION** |

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 16, 2020, within which to prepare, serve, and file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 4 2020